Certificate Number: 00927-ILN-DE-024903479

Bankruptcy Case Number: 14-37805



00927-ILN-DE-024903479

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 24, 2015, at 2:00 o'clock PM EST, Walter L Williams completed a course on personal financial management given by telephone by 247 Bankruptcy Class, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date: January 26, 2015

By: /s/Mileidy Cruz for Raul Sague

Name: Raul Sague

Title: Credit Counselor - Instructor